# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-169-MOC-DCK

| | |
|---|---|
| **ELSY MARINA GARCIA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, and CHRISTOPHER M. HEFFRON,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion To Stay Case" (Document No. 5) filed June 24, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and after consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion To Stay Case" (Document No. 5) is **GRANTED**. This case is hereby **STAYED** until **December 30, 2022**. In the event that the case is not resolved at the administrative level, Defendants shall answer or otherwise respond to Plaintiff's Complaint and file a Status Report on **December 30, 2022**.

**SO ORDERED**.   Signed: June 24, 2022

David C. Keesler
United States Magistrate Judge